IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DOCUMENT MANAGEMENT SYSTEMS LLC,** | § § § § § § § § § § § | |
| **Plaintiff,** | | **CIVIL ACTION NO. 1:11-CV-332-SS** |
| v. | | |
| **ALEXA INTERNET, INC. et al.,** | | **JURY TRIAL DEMANDED** |
| **Defendants.** | | |

## DEFENDANT ALEXA INTERNET, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Alexa Internet, Inc. ("Alexa") states that Alexa is a wholly owned subsidiary of Amazon.com, Inc. Amazon.com, Inc. has no parent company, and no publicly held company owns 10% or more of Amazon.com, Inc.'s stock.

Date: July 14, 2011

Respectfully submitted,

By  /s/ *Dan D. Davison*
    Dan D. Davison (Texas Bar No. 05590900)
    ddavison@fulbright.com
    Attorney-in-Charge
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Tel:   (214) 855-8000
Fax:   (214) 855-8200

    Joseph P. Zammit (admitted *Pro Hac Vice*)
    jzammit@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, NY 10103-3198
Tel:   (212) 318-3000
Fax:   (212) 318-3400

- 2 -

      Anuj D. Dharia (Texas Bar No. 24069611)
      adharia@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Tel:   (512) 474-5201
Fax:  (512) 536-4598

***ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT, ALEXA INTERNET, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>John R. Biggers
>Henry Artoush Ohanian
>H. Barrett Spraggins
>BIGGERS & OHANIAN, LLP
>515 Congress Ave., Suite 1400
>Austin, TX 78701
>Telephone: (512) 472-9881
>Facsimile: (512) 472-9887
>john@biggerslaw.com
>artoush@biggerslaw.com
>barrett@biggerslaw.com
>
>***ATTORNEYS' FOR PLAINTIFF***
>**DOCUMENT MANAGEMENT SYSTEMS LLC**

/s/ *Dan D. Davison*