IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DOCUMENT MANAGEMENT SYSTEMS LLC, <br><br> Plaintiff, <br><br> v. <br><br> DOW JONES & COMPANY, INC.; <br> ELSEVIER B.V.; <br> GOOGLE INC.; <br> IAC/INTERACTIVECORP; <br> LEXISNEXIS; <br> LYCOS INC.; <br> THOMSON REUTERS CORPORATION; <br> WEBMD, LLC; <br> YAHOO! INC.; <br><br> Defendants. | C.A. No:_____1:11-cv-332-SS_____ <br><br><br> JURY TRIAL DEMANDED |

**NOTICE OF SETTLEMENT AND STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff Document Management Systems LLC and Defendant Dow Jones & Company, Inc., have agreed to a settlement and compromise of their disputes and hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules Of Civil Procedure that all of their claims and counterclaims in this action are hereby DISMISSED, with each party to bear its own costs.

Respectfully submitted:

Date:   July 3, 2012              By:   /s/ John Biggers
                                        John R. Biggers
                                        Henry Artoush Ohanian
                                        H. Barrett Spraggins
                                        BIGGERS & OHANIAN, LLP
                                        515 Congress Avenue, Suite 1400

Austin, TX 78701
Tel: (512) 472-9881
Fax: (512) 472-9887
john@biggerslaw.com
artoush@biggerslaw.com
barrett@biggerslaw.com

**ATTORNEYS FOR PLAINTIFF**
**DOCUMENT MANAGEMENT SYSTEMS LLC**


  /s/ *David Weaver*
David Weaver (TX Bar No. 00798576)
James Shead (TX Bar No. 24070609)
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas  78746
Tel:  512-542-8400
Fax:  512-542-8612

Hilary L. Preston (TX Bar No. 24062946)
VINSON & ELKINS LLP
666 Fifth Avenue, 26th Floor
New York, NY  10103
Tel:  212-237-0000
Fax: 212-237-0100

**ATTORNEYS FOR DEFENDANT**
**DOW JONES & COMPANY, INC.**

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 3, 2012, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  The document was served on all counsel of record who are deemed to have consented to electronic service.  Local Rule CV-5(b)(1).  Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this pleading by first class mail.

                                             Respectfully submitted,

                                             DOCUMENT MANAGEMENT SYSTEMS LLC

Date:   July 3, 2012            By:   /s/ *John Biggers*
                                             John Biggers
                                             TX Bar No. 02310100
                                             Artoush Ohanian
                                             TX Bar No. 24013260
                                             Barrett Spraggins
                                             TX Bar No. 24066132
                                             BIGGGERS & OHANIAN, LLP
                                             P.O. Box 1469
                                             Austin, Texas 78767-1469
                                             Telephone: (512) 472-9881
                                             Facsimile: (512) 472-9887
                                             john@biggerslaw.com
                                             artoush@biggerslaw.com
                                             barrett@biggerslaw.com

                                             B. Russell Horton
                                             TX Bar No. 10014450
                                             KINCAID & HORTON, L.L.P.
                                             114 W. 7th Street, Suite 1100
                                             Austin, Texas 78701
                                             Telephone: (512) 499-0999
                                             Facsimile: (512) 499-0816
                                             rhorton@khs-law.com

                                             ATTORNEYS FOR PLAINTIFF
                                             DOCUMENT MANAGEMENT SYSTEMS LLC