IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DOCUMENT MANAGEMENT SYSTEMS LLC, <br><br> Plaintiff, <br><br> v. <br><br> DOW JONES & COMPANY, INC.; <br> ELSEVIER B.V.; <br> GOOGLE INC.; <br> IAC/INTERACTIVECORP; <br> LEXISNEXIS; <br> LYCOS INC.; <br> THOMSON REUTERS CORPORATION; <br> WEBMD, LLC; <br> YAHOO! INC.; <br><br> Defendants. | C.A. No: 1:11-cv-332-SS <br><br><br> JURY TRIAL DEMANDED |

## CORRECTED NOTICE OF SETTLEMENT
## AND STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Document Management Systems LLC and Defendant Dow Jones & Company, Inc., have agreed to a settlement and compromise of their disputes and hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that all of their claims and counterclaims in this action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

Respectfully submitted:

Date:   July 20, 2012            By:   */s/ John Biggers*
                                        John R. Biggers
                                        Henry Artoush Ohanian
                                        H. Barrett Spraggins

BIGGERS & OHANIAN, LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
Tel: (512) 472-9881
Fax: (512) 472-9887
john@biggerslaw.com
artoush@biggerslaw.com
barrett@biggerslaw.com

**ATTORNEYS FOR PLAINTIFF
DOCUMENT MANAGEMENT SYSTEMS LLC**


 /s/  *David Weaver*
David Weaver (TX Bar No. 00798576)
James Shead (TX Bar No. 24070609)
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas  78746
Tel:  512-542-8400
Fax:  512-542-8612
dweaver@velaw.com
jshead@velaw.com

Hilary L. Preston (TX Bar No. 24062946)
VINSON & ELKINS LLP
666 Fifth Avenue, 26th Floor
New York, NY  10103
Tel:  212-237-0000
Fax: 212-237-0100
hpreston@velaw.com

**ATTORNEYS FOR DEFENDANT
DOW JONES & COMPANY, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 20, 2012, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). The document was served on all counsel of record who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this pleading by first class mail.

                                                                        Respectfully submitted,

                                                                        DOW JONES & COMPANY, INC.

Date:   July 20, 2012            By:   /s/ *David Weaver*

                                                                         David Weaver (TX Bar No. 00798576)
                                                                         James Shead (TX Bar No. 24070609)
                                                                         VINSON & ELKINS LLP
                                                                         2801 Via Fortuna, Suite 100
                                                                         Austin, Texas  78746
                                                                         Tel:  512-542-8400
                                                                         Fax: 512-542-8612
                                                                         dweaver@velaw.com
                                                                         jshead@velaw.com

                                                                         Hilary L. Preston (TX Bar No. 24062946)
                                                                         VINSON & ELKINS LLP
                                                                         666 Fifth Avenue, 26th Floor
                                                                         New York, NY  10103
                                                                         Tel:  212-237-0000
                                                                         Fax: 212-237-0100
                                                                         hpreston@velaw.com

                                                                         **ATTORNEYS FOR DEFENDANT**
                                                                         **DOW JONES & COMPANY, INC.**