IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DOCUMENT MANAGEMENT SYSTEMS LLC,
Plaintiff,

-vs-                                              Case No. A-11-CA-332-SS

GOOGLE INC.; LOGIKA CORPORATION; LEXISNEXIS; THOMSON REUTERS CORPORATION; WEBMD LLC; YAHOO! INC.; LYCOS INC.; ALEXA INTERNET, INC.; DOW JONES & COMPANY, INC.; ELSEVIER B.V.; and IAC/INTERACTIVE CORP.,
Defendants.

### FINAL ORDER OF DISMISSAL

The Court being advised that all issues between all the parties involved in this lawsuit have been resolved with orders of dismissal and, therefore, there are no pending issues to be determined regarding any of the parties in this lawsuit, the Court enters the following:

IT IS ORDERED that this case is CLOSED and DISMISSED.

SIGNED this the __19th__ day of July 2013.

_____
Sam Sparks
UNITED STATES DISTRICT JUDGE